IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| THEADA WRIGHT III,           § | |
| Petitioner,        § | |
| § | |
| VS.                          § | CIVIL ACTION NO.4:06-CV-243-Y |
| § | |
| DOUGLAS DRETKE, Director,    § | |
| T.D.C.J., Correctional       § | |
| Institutions Division,       § | |
| Respondent.        § | |

ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS

Before the Court is the petition for writ of habeas corpus under 28 U.S.C. § 2254 of petitioner Theada Wright III, along with the May 9, 2006, findings, conclusions, and recommendation of the United States Magistrate Judge. The magistrate judge gave the parties until May 30, 2006, to file written objections to the findings, conclusions, and recommendation. As of the date of this order, no written objections have been filed.

The Court has reviewed the pleadings and the record in this case, and has reviewed for clear error the proposed findings, conclusions and recommendation of the United States Magistrate Judge filed on May 9, 2006. The Court concludes that the petition for writ of habeas corpus should be dismissed as a successive petition filed without the permission of the Court of Appeals as required by 28 U.S.C. §2244(b)(1), for the reasons stated in the magistrate judge's findings and conclusions.

Therefore, the findings, conclusions and recommendation of the magistrate judge are ADOPTED.

Petitioner Wright's Petition for Writ of Habeas Corpus is DISMISSED WITHOUT PREJUDICE to his right to file a motion under 28 U.S.C. § 2244(b)(3)(A) in the United States Court of Appeals for the Fifth Circuit for leave to file a successive petition.

SIGNED June 7, 2006.

*Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE